# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH COLORITO,** | : |
| Plaintiff, | : CIVIL ACTION NO. 2:16-CV-000597-CB |
| v. | : |
| **ARAMARK,** | : |
| Defendant. | : |

## MOTION TO AMEND CAPTION

**IT IS HEREBY STIPULATED AND AGREED** upon by and between counsel for Plaintiff Ralph Colorito and Defendant Aramark Management Services LP (incorrectly named in the Complaint as "Aramark") (collectively, the "Parties"), that the caption in this Action shall be amended to remove "Aramark" as named defendant since "Aramark" did not employ Plaintiff.

The Parties also stipulate and agree that all references to "Aramark" in any pleadings and submissions in this Action shall be read to mean "Aramark Management Services LP," and that all allegations directed at "Aramark" are now intended by the Parties to be directed at "Aramark Management Services LP."

The Parties further stipulate and agree that "Aramark" is to be dismissed as a defendant in this Action.

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/ Christi Wallace | /s/ Lauren E. Marzullo |
| Christi Wallace (Pa. ID No. 313721) | Lauren E. Marzullo (Pa. ID No. 306459) |
| KRAEMER, MANES & ASSOCIATES LLC | MORGAN, LEWIS & BOCKIUS LLP |
| US Steel Tower | One Oxford Centre |
| 600 Grant St., Suite 660 | Thirty-Second Floor |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| Telephone: (412) 722-9700 | Telephone (412) 560-7407 |
| Fax: (412) 206-0834 | Fax: (412) 560-7001 |
| Email: cw@lawkm.com | Email: lauren.marzullo@morganlewis.com |

Christopher DelGaizo (Pa. ID No. 200594)
KRAEMER, MANES & ASSOCIATES LLC
1150 1st Avenue, Suite 501
King of Prussia, PA 19406
Telephone: (610) 616-5690
Email: cd@lawkm.com

*Attorneys for Plaintiff*

Dated: June 15, 2016

Anne E. Martinez (Pa. ID No. 201189)
*(pro hac vice forthcoming)*
Andrew Napier (Pa. ID No. 321006)
*(pro hac vice forthcoming)*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-5000
Fax:  (215) 963-5001
Email: anne.martinez@morganlewis.com
            andrew.napier@morganlewis.com

*Attorneys for Defendant*

Dated:  June 15, 2016


**APPROVED AND SO ORDERED THIS** 16th **DAY OF** June **, 2016**

 s\Cathy Bissoon
Cathy Bissoon, United States District Judge